UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

----------------------------------------------------------- X

**IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

3:09-md-02100-DRH-PMF

MDL No. 2100

-----------------------------------------------------------

**This Document Relates to:**

Judge David R. Herndon

*Tara Montoya v. Bayer Corporation, et al.* No. 3:10-cv-13482-DRH-PMF

*Deborah Kirby v. Bayer Corporation, et al.* No. 3:11-cv-12032-DRH-PMF

*Tamia Baker v. Bayer Corporation, et al.* No. 3:11-cv-12689-DRH-PMF

*Sara Cusick v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 3:11-cv-12817-DRH-PMF

*Mary A. Mack v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 3:11-cv-13052-DRH-PMF

*Centrel Carter v. Bayer Corporation, et al.* No. 3:11-cv-13075-DRH-PMF

*Kelley Pinkerton v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 3:11-cv-13116-DRH-PMF

*Brianna Christine Lyles v. Bayer Corporation, et al.* No. 3:11-cv-20007-DRH-PMF

*Phil Gallo, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 3:11-cv-20176-DRH-PMF

*Maria Calderon v. Bayer Corporation, et al.* No. 3:12-cv-10294-DRH-PMF

*Gay Hunt v. Bayer Corporation, et al.* No. 3:12-cv-11024-DRH-PMF

*Lauren Jessica Taylor v. Bayer Corporation, et al.* No. 3:12-cv-11483-DRH-PMF

*Jennifer Hamilton Anderson v. Bayer Corporation, et al.* No. 3:12-cv-11570-DRH-PMF

*Addie Chadwell v. Bayer Corporation, et al.* No. 3:13-cv-10045-DRH-PMF

*Delfina Collier v. Bayer Corporation, et al.* No. 3:13-cv-10630-DRH-PMF

*Felicia Rosa v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 3:13-cv-10706-DRH-PMF

*Latika Threatt v. Bayer Corporation, et al.* No. 3:13-cv-10791-DRH-PMF

*Candyce Meeks v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 3:13-cv-10815-DRH-PMF

## ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

**HERNDON, District Judge:**

This matter is before the Court on the Bayer Defendants' motions for an order dismissing the above captioned plaintiffs' claims without prejudice for failure to file an appearance as required by this Court's Order and Local Rule 83.1(g)(2).

In each of the above captioned cases, the Court granted a motion to withdraw filed by counsel. The orders granting leave to withdraw expressly provided that if the subject plaintiff (or her new counsel) failed to file a timely supplementary entry of appearance, the action would be subject to dismissal without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute or to comply with the orders of this Court. To date, and in violation of this Court's orders and Local Rule 83.1(g), the above captioned plaintiffs have not filed a supplementary appearance. In addition, none of the above captioned plaintiffs have responded to the instant motion to dismiss.

The plaintiffs must comply with the Local Rules and this Court's orders. Fed. R. Civ. P. 41(b).  Accordingly, for the reasons stated herein, the claims of the above captioned plaintiffs are hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Signed this 3rd day of March, 2015.

Digitally signed by
David R. Herndon
Date: 2015.03.03
09:50:13 -06'00'

**United States District Court**